IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDWARD MEDINA,

    Plaintiff,

v.                         CV 617-88

CITY OF METTER, GEORGIA, and
MANDI CODY

    Defendants.

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 19.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA